IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          No. 3:22-cr-6-DPM-1

LAWRENCE E. BURNOM                                              DEFENDANT

ORDER

1. After conferring with counsel, Lawrence Burnom consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 58*. No objections were filed and the time to do so has passed.

2. On 17 November 2021 in the Eastern District of Arkansas, Burnom knowingly used a firearm during and in relation to a crime of violence for which he could have been prosecuted in federal court, as charged in count 2 of the Indictment. The firearm was discharged. Burnhom says it was by accident. But the statute's "10-year mandatory minimum applies if a gun is discharged in the course of a violent or drug trafficking crime, whether on purpose or by accident." *Dean v. United States*, 556 U.S. 568, 577 (2009). The Court therefore accepts Burnom's guilty plea and convicts him of the offense.

3. The Court finds that Burnom made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement.

Fed. R. Crim. P. 11(c)(3)(A). The United States' motion to dismiss, made orally before Magistrate Judge Deere, is granted. Counts 1 and 3 of the Indictment are dismissed without prejudice as to Burnom.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 March 2023